```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,            :    ORDER

            - v. -                   :
                                          08 Cr. 207
ALEXANDER RAPPAPORT,
                                     :

            Defendant.               :
- - - - - - - - - - - - - - - - - - -X
```

Upon the application of the United States of America by Jeffrey Brown, Assistant United States Attorney; it is hereby ORDERED that the Indictment in this matter, 08 Cr. 207, be unsealed.

Dated:  New York, New York
        April 9, 2008

_____
UNITED STATES MAGISTRATE JUDGE

