AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

## APPEARANCE

CASE NUMBER: 08CR207

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
ALEXANDER RAPPAPORT

I certify that I am admitted to practice in this court.

| | |
|---|---|
| APRIL 9, 2008 | *(signature)* |
| Date | Signature |
| | TONY MIRVIS — TM-2890 |
| | Print Name — Bar Number |
| | 2753 CONEY ISLAND AVE |
| | Address |
| | BROOKLYN, NEW YORK 11235 |
| | City — State — Zip Code |
| | (718) 934-4141 — (718) 228-8408 |
| | Phone Number — Fax Number |