UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                  **NOTICE OF APPEARANCE**

       -against-

                                                  08 CR 207 (LTS)

ALEXANDER RAPOPORT,

                      Defendant.
-------------------------------------------------------x

SIR/MADAM:

     PLEASE TAKE NOTICE, that I, Michael Rosen, do hereby appear in the above-captioned criminal case for defendant ALEXANDER RAPOPORT and have been retained as an attorney for said defendant. I was admitted to practice law in this district in or about the year 1968.

Dated:  New York, New York
         April 21, 2008

                                   Yours, etc.,

                                   MICHAEL ROSEN (MR-0062)
                                   Attorney for Alexander Rapoport
                                   61 Broadway, Suite 1105
                                   New York, NY 10006
                                   (212) 742-1717 (phone)
                                   (212) 248-4068 (fax)
                                   MRosenLaw@aol.com (e-mail)