

# TONY MIRVIS LAW FIRM, P.C.

May 30, 2008

**BY ECF and FACSIMILI**
Hon. Laura T. Swayne
United States District Judge
Southern District of New York
500 Pearl Street, New York, NY 10601

   Re: **United States of America v. Alexander Rappaport**
      **Indictment No.: 08CR207 (LTS)**

Dear Judge Swayne:

  On behalf of Alexander Rappaport, counsel seeks permission for Mr. Rappaport to attend a small family gathering wherein his parents are celebrating their 35th wedding anniversary on Monday, June 2, 2008 at Tatiana's restaurant on Brighton 6th Street.

  It is going to be a small family gathering of Approximately 8 – 10 family members. I have spoken to AUSA Brown he has consented to my Client's attendance. I have also contacted Pre-trial Services and they have conditioned this Court's approval on their consent. We are hopeful that this Honorable Court will not express any opposition to this application.

  As always, he Court's courtesy in this regard is appreciated.

            Respectfully submitted,

            Tony Mirvis

cc: AUSA Jeff Brown
   Eliza Sanchez (Pre-trial Services
   Alexander Rappaport

2753 CONEY ISLAND AVE., 2ND FLOOR, SUITE 215, BROOKLYN, NY 11235
PHONE: 718.934.4141 · FAX: 718.228.8408