

# TONY MIRVIS LAW FIRM, P.C.

May 30, 2008

**BY ECF**
Hon. Laura T. Swain
United States District Judge
Southern District of New York
500 Pearl Street, New York, NY 10601

        Re:    **United States of America v. Alexander Rapoport**
                **Indictment No.: 08CR207 (LTS)**

Dear Judge Swain:

    On behalf of Alexander Rapoport, counsel seeks permission for Mr. Rapoport to attend a small family gathering wherein his parents are celebrating their 35th wedding anniversary on Monday, June 2, 2008 at Tatiana's restaurant on Brighton 6th Street. The gathering shall begin at approximately 6pm and end at approximately 11pm.

    It is going to be a small family gathering of Approximately 8 – 10 family members. I have spoken to AUSA Brown he has consented to my Client's attendance. I have also contacted Pre-trial Services and they have conditioned this Court's approval on their consent. We are hopeful that this Honorable Court will not express any opposition to this application.

    As always, the Court's courtesy in this regard is appreciated.

                                             Respectfully submitted,

                                             Tony Mirvis

cc:    AUSA Jeff Brown
        Eliza Sanchez (Pre-trial Services)
        Alexander Rapoport