

# TONY MIRVIS LAW FIRM, P.C.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 0 2 2008

May 30, 2008

**BY ECF**
Hon. Laura T. Swain
United States District Judge
Southern District of New York
500 Pearl Street, New York, NY 10601

## MEMO ENDORSED

> **Re:** **United States of America v. Alexander Rapoport**
> **Indictment No.: 08CR207 (LTS)**

Dear Judge Swain:

On behalf of Alexander Rapoport, counsel seeks permission for Mr. Rapoport to attend a small family gathering wherein his parents are celebrating their 35th wedding anniversary on Monday, June 2, 2008 at Tatiana's restaurant on Brighton 6th Street. The gathering shall begin at approximately 6pm and end at approximately 11pm.

It is going to be a small family gathering of Approximately 8 – 10 family members. I have spoken to AUSA Brown he has consented to my Client's attendance. I have also contacted Pre-trial Services and they have conditioned this Court's approval on their consent. We are hopeful that this Honorable Court will not express any opposition to this application.

As always, the Court's courtesy in this regard is appreciated.

Respectfully submitted,

Tony Mirvis

The request is granted.

cc:   AUSA Jeff Brown
Eliza Sanchez (Pre-trial Services)
Alexander Rapoport

**SO ORDERED.**

6/2/08

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

2753 CONEY ISLAND AVE., 2ND FLOOR, SUITE 215, BROOKLYN, NY 11235
PHONE: 718.934.4141 · FAX: 718.228.6406

Copies mailed/faxed to   D's Counsel
Chambers of Judge Swain   6-2-08