
# TONY MIRVIS LAW FIRM, P.C.

June 24, 2008

Hon. Laura T. Swain
United States District Judge
United States Courthouse
500 Pearl Street, Room 755
New York, New York 10007

Re: **United States v. Alexander Rapoport**
    **08 Cr. 207 (LTS)**

Dear Judge Swain:

On behalf of Alexander Rapoport, counsel seeks a bail modification that would permit him to visit his ailing grandmother in Ontario, Canada. As discussed in court Mr. Rapoport's grandmother is suffering from a terminal illness.

Mr. Rapoport, who will travel with his mother and father, will be staying with his aunt and uncle, Ella and Julian Wadowski, residing at 457 Apple Blossom Drive, Thorn Hill, Ontario 14J9K7. The telephone number at the house is (905) 762-0055. Mr. Rapoport will also have access to his cousin's cellular phone (416) 518-9008; and he will also have his mother's cellular phone (646) 369-9319.

I have enclosed a letter from Mr. Rapoport's grandmother's physician and his grandmother's admittance form to the hospital. I have also enclosed Mr. Rapoport's itinerary for travel. The trip is planned for five days commencing on July 3, 2008 through July 8, 2008. Mr. Rapoport shall depart from La Guardia Airport at 7:25 am on July 3, 2008 via Air Canada Flight 703 and shall arrive at Pearson International Airport in Toronto, Ontario at 8:55 am. Mr. Rapoport shall return on July 8, 2008 via Air Canada Flight 720, departing Pearson International Airport 5:15 pm and arriving at La Guardia Airport at 6:48 pm.

Mr. Rosen has spoken to the U.S. Pretrial Services Officer Gianfranco Furelli with regards to this matter and he has deferred to the sound discretion of this Court. Furthermore, Assistant United States Attorney Jeffrey Alan Brown stated in Court on June 20, 2008, that the Government has no objection to the relief requested.



# TONY MIRVIS LAW FIRM, P.C.

As Always, the Court's courtesy in this regard is appreciated.

Respectfully submitted,

Tony Mirvis, Esq.

Cc: AUSA Jeffrey Alan Brown
U.S. Pretrial Services Officer Gianfranco Furelli
Alexander Rapoport
Michael Rosen, Esq.

2753 CONEY ISLAND AVE., 2ND FLOOR, SUITE 215, BROOKLYN, NY 11235
PHONE: 718.934.4141 · FAX: 718.228.8408

**S. BELYAVSKAYA, M.D., Ph.D.**

306-4256 BATHURST STREET,
DOWNSVIEW, ONTARIO M3H 5Y8

TELEPHONE 630-1200

June 19, 2008

To whom it may concern:

Dear Sir/Madam.

Please be advised that my pt Savtchenko Natalia, grandmother of Alex Rapoport, 26 y/o, is hospitalized to Princess Margaret Hospital in Toronto (Oncology) for Palliative care for metastatic cancer of the urinary bladder, terminal stage of the disease.

She badly wants to see her grandson before she dies. Please be very understanding in this situation and let Mr. A. Rapoport to come to Toronto for 4-5 days for final visit of his grandmother.

Sincerely,

P.S. Please see enclosed admission letter for Mrs. Savtchenko

### Admission/Discharge Fax Notification

TO:   Belyavaskaya, Svetlana                                    Date: 19/06/2008
Fax#: 416 6300122                                               Time: 11:48

FROM: University Health Network
Number of Pages (including cover sheet): 2

This letter is to inform you that the following patient was ADMITTED to the hospital and identified you as their primary care physician.

ADMISSION INFORMATION

Patient Name:           Savtchenko, Natalia
Medical Record No:      3364903                       Visit #: 281007442

Admitted To:            Princess Margaret Hospital
Admission Date:         June 19, 2008
Admission Physician:    Bryson, John R.
Admission Diagnosis:    Ca Bladder
Admission Type:         Inpatient
Admission Location:     P16P 306 1
Family Physician(s):    Svetlana Belyavaskaya MD

To inquire the current location of a patient at any time, please call our patient inquiry line:

    Toronto General Hospital:      (416) 340-3131
    Toronto Western Hospital:      (416) 603-5801
    Princess Margaret Hospital:    (416) 946-4545

To make changes to your name or fax number, or to report any problem with this fax transmission, please contact the Data Security Department at (416) 340-4800 ext. 8051.

This telecopy is directed in confidence solely to the person named above, and may not otherwise be distributed, copied or disclosed. If you have received this telecopy in error, or if you wish to report any changes, please notify the Data Security Department at (416) 340-4800 ext. 8051 immediately and destroy the original transmission without making a copy. Thank you for your assistance.

**Tony Mirvis, Esq.**

**From:** WTC (AGENTID00291379) [emailserver@pop3.amadeus.net]
**Sent:** Sunday, June 22, 2008 1:00 PM
**To:** alex1982@optonline.net
**Subject:** RAPOPORT/ALEKSANDER 03JUL LGA

# RAPOPORT/ALEKSANDER 03JUL LGA

```
WTC                                      DATE 22JUNE08
5815 SEMINARY RD                         AGENT Z1/AA BOOKING REF ZBS6ZT
FALLS CHURCH         VA 22041
TELEPHONE: 703 379 1777                  RAPOPORT/ALEKSANDER
FAX      : 703 379 6983

  1311 BRIGHTWATER AVE.
  BROOKLYN NY  11235
  USA


SERVICE              DATE     FROM              TO                DEPART   ARRIVE


AIR CANADA           03JUL    NEW YORK NY       TORONTO ON        725A     855A
AC 703               THURSDAY LA GUARDIA        PEARSON INTL
A ECONOMY                     TERMINAL M        TERMINAL 1
                                                                  NON STOP
                              RESERVATION CONFIRMED               1:30 DURATION
                     AIRCRAFT: AIRBUS INDUSTRIE A319

CLICK HERE FOR TORONTO CITY INFO, TRANSFERS & EVENTS


AIR CANADA           08JUL    TORONTO ON        NEW YORK NY       515P     648P
AC 720               TUESDAY  PEARSON INTL      LA GUARDIA
A ECONOMY                     TERMINAL 1        TERMINAL M
                                                                  NON STOP
                              RESERVATION CONFIRMED               1:33 DURATION
                     AIRCRAFT: EMBRAER 190

CLICK HERE FOR NEW YORK CITY INFO, TRANSFERS & EVENTS

MISCELLANEOUS        12JUN    WASHINGTON DC
                     FRIDAY


RESERVATION NUMBER(S)   AC/NJ4Q2Z

*** YOUR CREDIT CARD MAY SHOW ONE OR MORE CHARGES
*** WITH A TOTAL PRICE OF $399.55 ***
CALL AIRLINE 72HRS PRIOR DEPARTURE TO RECONFIRM SC
****** NO SHOW NO MONEY ******
*TOTAL AMOUNT CHARGED FOR ALL TICKETS IS $399.55 *
```

6/23/2008