

# TONY MIRVIS LAW FIRM, P.C.

June 24, 2008

Hon. Laura T. Swain
United States District Judge
United States Courthouse
500 Pearl Street, Room 755
New York, New York 10007

                Re:    **United States v. Alexander Rapoport**
                         08 Cr. 207 (LTS)

Dear Judge Swain:

       Please allow this letter to serve as an amendment to the previous letter filed via ECF. Shortly after filing the first letter dated June 24, 2008, Alexander Rapoport contacted Mr. Rosen and myself and advised that he would not be traveling with his mother and father as previously stated. Mr. Rapoport's mother was unable to take time off from work for this trip.

       As Always, the Court's courtesy in this regard is appreciated.

                                               Respectfully submitted,

                                               Tony Mirvis, Esq.

Cc:    AUSA Jeffrey Alan Brown
        U.S. Pretrial Services Officer Gianfranco Furelli
        Alexander Rapoport
        Michael Rosen, Esq.