

# TONY MIRVIS LAW FIRM, P.C.



**MEMO ENDORSED**

June 24, 2008

Hon. Laura T. Swain
United States District Judge
United States Courthouse
500 Pearl Street, Room 755
New York, New York 10007

Re: **United States v. Alexander Rapoport**
08 Cr. 207 (LTS)

Dear Judge Swain:

Please allow this letter to serve as an amendment to the previous letter filed via ECF. Shortly after filing the first letter dated June 24, 2008, Alexander Rapoport contacted Mr. Rosen and myself and advised that he would not be traveling with his mother and father as previously stated. Mr. Rapoport's mother was unable to take time off from work for this trip.

As Always, the Court's courtesy in this regard is appreciated.

*Permission to make the trip described in counsel's longer letter dated June 24, 2008, is granted.*

SO ORDERED.

Respectfully submitted,

_____ 6/25/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Tony Mirvis, Esq.

Cc: AUSA Jeffrey Alan Brown
U.S. Pretrial Services Officer Gianfranco Purelli
Alexander Rapoport
Michael Rosen, Esq.

2753 CONEY ISLAND AVE., 2ND FLOOR, SUITE 215, BROOKLYN, NY 11235
PHONE: 718.934.4141 · FAX: 718.228.8408