TONY MIRVIS LAW FIRM, P.C.

July 23, 2008

Hon. Laura T. Swain
United States District Judge
United States Courthouse
500 Pearl Street, Room 755
New York, New York 10007



Re: <u>United States v. Alexander Rapoport</u>
08 Cr. 207 (LTS)

Dear Judge Swain:

With the consent of the AUSA Jeffrey Brown the defense respectfully requests an adjournment of tomorrow's conference for a period of approximately thirty (30) days. The parties made substantial progress and are attempting to resolve this case and hope that final resolution will be achieved at the next adjourned date.

As Always, the Court's courtesy in this regard is appreciated

THE REQUESTED ADJOURNMENT IS GRANTED. THE
CONFERENCE IS ADJOURNED TO **AUGUST 22, 2008, AT 9:45
A.M.** THE COURT FINDS THAT THE ENDS OF JUSTICE
SERVED BY THE GRANTING OF AN EXCLUSION FROM
SPEEDY TRIAL COMPUTATIONS FOR THE PERIOD FROM
TODAY'S DATE THROUGH **AUGUST 22, 2008**, OUTWEIGH
THE BEST INTERESTS OF THE PUBLIC AND THE DEFENDANT
IN A SPEEDY TRIAL BECAUSE OF THE NEED FOR FURTHER
DISCUSSIONS. THE COURT, ACCORDINGLY, EXCLUDES
SUCH TIME PERIOD PROSPECTIVELY. SO ORDERED.

_____ 7/23/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

Tony Mirvis, Esq.

Cc: AUSA Jeffrey Alan Brown
U.S. Pretrial Services Officer Gianfranco Furelli
Alexander Rapoport
Michael Rosen, Esq.

2753 CONEY ISLAND AVE., 2ND FLOOR, SUITE 215, BROOKLYN, NY 11235
PHONE: 718.934.4141 · FAX: 718.228.8408