# TONY MIRVIS LAW FIRM, P.C.

August 25, 2008

<u>VIA FACSIMILE (212) 805 0426</u>
Hon. Laura Taylor Swain
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 7 2008
```

Re:   <u>United States v. Aleksander Rapoport</u>
08 Cr. 207 (LTS)

**MEMO ENDORSED**

Dear Judge Swain:

Michael Rosen, Esq. and I represent defendant Aleksander Rapoport. At the conclusion of Mr. Rapoport's plea proceeding on Friday, August 22, 2008 an application was made by the defense, without objection by AUSA Jeffrey Brown, to eliminate home detention and electronic monitoring as a condition of his bail. Your Honor required that the position of Pretrial services be solicited.

Today, Mr. Rosen spoke with Mr. Rapoport's Pretrial Services Officer Gianfranco Furelli, and was authorized to advise you that he has no objection to eliminating home detention and electronic monitoring as a condition of bail. Mr. Furelli reported that Mr. Rapoport has been complaint with his conditions and requirements.

In light of this information, the defense respectfully requests that Your Honor consider the application favorably.

Respectfully,

Tony Mirvis, Esq.

Cc:   AUSA Jeffrey Brown
U.S. Pretrial Officer Gianfranco Furelli
Michael Rosen, Esq.
Aleksander Rapoport

SO ORDERED: AUG 2 7 2008

HON. PAUL A. CROTTY — Part I
UNITED STATES DISTRICT JUDGE

2753 CONEY ISLAND AVE., 2ND FLOOR, SUITE 215, BROOKLYN, NY 11235
PHONE: 718.934.4141 · FAX: 718.228.8408